

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       Charles Ray Carter v. The State of Texas

Appellate case number:    01-14-01006-CR

Trial court case number:  1399940

Trial court:                      337th District Court of Harris County

Date motion filed:            08/19/16

Party filing motion:          Appellant

        It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/   Sherry Radack
                            ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Jennings, J., dissenting from the denial of en banc reconsideration.


Date: January 24, 2017